IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Easton, Jonathan E | Case Number: 07 B 15440 |
|---|---|---|
| | Easton, Tabitha L | Judge: Goldgar, A. Benjamin |
| | Printed: 9/23/08 | Filed: 8/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 12, 2008
Confirmed: December 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,490.00 | |
| Secured: | | 2,419.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,774.00 |
| Trustee Fee: | | 296.45 |
| Other Funds: | | 0.00 |
| Totals: | 5,490.00 | 5,490.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,774.00 | 2,774.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 16,105.17 | 1,875.66 |
| 5. | Chase Home Finance | Secured | 11,623.49 | 378.66 |
| 6. | Ocwen Federal Bank FSB | Secured | 5,072.27 | 165.23 |
| 7. | Asset Acceptance | Unsecured | 545.27 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 81.26 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 191.86 | 0.00 |
| 10. | Condor Capital Corp | Unsecured | 5,421.92 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 603.03 | 0.00 |
| 12. | Great American Finance Company | Unsecured | 900.08 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 85.96 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 626.64 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 1,145.10 | 0.00 |
| 16. | Onyx Acceptance Corp | Unsecured | 1,697.95 | 0.00 |
| 17. | Randal S Berg | Secured | | No Claim Filed |
| 18. | Richard Burton | Secured | | No Claim Filed |
| 19. | CCSG | Unsecured | | No Claim Filed |
| 20. | CB USA | Unsecured | | No Claim Filed |
| 21. | CBA | Unsecured | | No Claim Filed |
| 22. | H & F Law Offices | Unsecured | | No Claim Filed |
| 23. | American Collection Corp | Unsecured | | No Claim Filed |
| 24. | Credit Collection | Unsecured | | No Claim Filed |
| 25. | Credit Protection Association | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Easton, Jonathan E
Easton, Tabitha L
Printed: 9/23/08

Case Number: 07 B 15440
Judge: Goldgar, A. Benjamin
Filed: 8/24/07

| | | | |
|---|---|---|---|
| 26. | Fred R Harbecke Esq | Unsecured | No Claim Filed |
| 27. | Fred R Harbecke Esq | Unsecured | No Claim Filed |
| 28. | H & F Law Offices | Unsecured | No Claim Filed |
| 29. | First Bank Of Deleware | Unsecured | No Claim Filed |
| 30. | Fred R Harbecke Esq | Unsecured | No Claim Filed |
| 31. | Senex Services Corp | Unsecured | No Claim Filed |
| 32. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 33. | Medical Collections | Unsecured | No Claim Filed |
| 34. | Medical Collections | Unsecured | No Claim Filed |
| 35. | Medical Collections | Unsecured | No Claim Filed |
| 36. | Medical Collections | Unsecured | No Claim Filed |
| 37. | Medical Collections | Unsecured | No Claim Filed |
| 38. | Risk Management Alternatives | Unsecured | No Claim Filed |
| 39. | National Revenue Corp | Unsecured | No Claim Filed |
| 40. | Medshld Corp | Unsecured | No Claim Filed |
| 41. | NCO Financial Services Inc | Unsecured | No Claim Filed |
| 42. | Nicor Gas | Unsecured | No Claim Filed |
| 43. | Silverleaf Resorts Inc | Unsecured | No Claim Filed |
| 44. | J V D B & Associates | Unsecured | No Claim Filed |
| 45. | Dr Oliver Dramken | Unsecured | No Claim Filed |
| 46. | Aspen/Fb&T | Unsecured | No Claim Filed |
| 47. | NCO Financial Systems | Unsecured | No Claim Filed |
| 48. | Unifund Corporation | Unsecured | No Claim Filed |
| 49. | State Collection Service | Unsecured | No Claim Filed |
| 50. | Tex Collect/Colection Agency | Unsecured | No Claim Filed |
| 51. | ASF International | Unsecured | No Claim Filed |

$ 46,874.00         $ 5,193.55

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 296.45 |

$ 296.45

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____